# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| HANSEN BEVERAGE COMPANY, a Delaware corporation, | Civil No.   08cv1545 IEG (POR) |
|---|---|
| Plaintiff, | **ORDER DENYING JOINT MOTION TO MODIFY SCHEDULING ORDER** |
| v. | |
| VITAL PHARMACEUTICAL, INC., a Florida Corporation aka VPX, | **(Doc. No. 58.)** |
| Defendant. | |

On September 2, 2009, the parties filed a joint motion to modify the scheduling order.  (Doc. No. 58.)  Upon review, it appears that the requested modification would affect and prejudice dates currently set before the Honorable Irma E. Gonzalez.  Accordingly, the Court hereby DENIES the joint motion.  Any further requests that will affect dates on Judge Gonzalez's calendar shall be directed to Judge Gonzalez.

**IT IS SO ORDERED.**

DATED: September 17, 2009

_____
LOUISA S PORTER
United States Magistrate Judge

cc      The Honorable Irma E. Gonzalez
        All parties