UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br>v.<br>VITAL PHARMACEUTICAL, INC., a Florida corporation, aka VPX,<br>　　　　　　　Defendants. | Case No.: 08cv1545 AJB (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>(Doc. No. 216) |

Pursuant to the joint motion of the parties and for good cause,

IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety, without prejudice;

2. Each party shall bear its own attorneys' fees and costs in this action.

**IT IS SO ORDERED**.

DATED: November 14, 2011

_____

Hon. Anthony J. Battaglia

U.S. District Judge